BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00017-LJO |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AND RECALL WARRANT; ORDER |
| IRONEL GONZALEZ RODRIGUEZ, | |
| JULIO RUELA CHAIRE | |
| Defendant. | |

The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the indictment and recall the warrant in Case No. 1:11-CR-00017-LJO, in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a).

Dated: January 26, 2016.

BENJAMIN B. WAGNER
United States Attorney

 /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney

///

///

///

1

**ORDER**

On the basis of good cause, to serve the interest of justice, pursuant to the governments motion and Fed. R. Crim. P. 48(a), the indictment and warrant in Case Number 1:11-CR-00017 shall be DISMISSED and RECALLED.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 27, 2016**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE